# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HERNANDEZ, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01126-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND MOTION SEEKING MODIFIED ORDER REGARDING FULL PAYMENT OF FILING FEE BE DENIED<br><br>(ECF Nos. 5, 6)<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On August 10, 2023, Plaintiff filed a motion to proceed *in forma pauperis* and a certified copy of his prison trust account statement, together with a motion seeking a modified order regarding full payment of the filing fee. (ECF Nos. 5, 6.)

　　　Examination of Plaintiff's trust account statement reveals that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff's current available balance in his inmate trust account is $2,443.09, and during the past six months Plaintiff's average monthly balance was $3,251.92 and his monthly average deposits were $230.83. (ECF No. 5, p. 2.)

1     Apparently in anticipation of the Court's finding that Plaintiff would be able to afford the
2 costs of this action, Plaintiff argues in his motion that he should be permitted to pay the filing fee
3 on a modified schedule. (ECF No. 6.) Plaintiff states that he will be subject to future costs due to
4 his participation in self-help correspondence classes, the costs of canteen and hygiene supplies,
5 and his intention to purchase a typewriter costing $460.00 and supplies so he can type future
6 motions to the Court. Plaintiff requests that he be permitted to pay $200.00 of the filing fee, and
7 that the remainder of the filing fee be paid in increments of $50.00 per month until the full filing
8 fee is paid. Plaintiff asserts that if the Court does not grant his request, his account will be
9 overdrawn. (*Id.*)

10     The Court finds that a payment plan is not necessary or warranted. It appears that
11 Plaintiff's prison trust account contains more than sufficient funds to meet Plaintiff's immediate
12 needs and to pay the filing fee for this action without exceeding the current balance in Plaintiff's
13 trust account. Further, it appears that Plaintiff receives sufficient monthly deposits to cover his
14 ongoing expenses for his classes, canteen, and hygiene supplies.

15     Accordingly, the Court HEREBY ORDERS the Clerk of the Court to randomly assign a
16 District Judge to this action.

17     Further, it is HEREBY RECOMMENDED that:
18     1. The motion to proceed *in forma pauperis*, (ECF No. 5), be DENIED;
19     2. The motion seeking modified order regarding full payment of the filing fee, (ECF No.
20        6), be DENIED; and
21     3. Plaintiff be ORDERED to pay the $402.00 initial filing fee in full to proceed with this
22        action.

23     These Findings and Recommendations will be submitted to the United States District
24 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within
25 **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may
26 file written objections with the court. The document should be captioned "Objections to
27 Magistrate Judge's Findings and Recommendation." Plaintiff is advised that the failure to file
28 objections within the specified time may result in the waiver of the "right to challenge the

2

magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 11, 2023**               /s/ Barbara A. McAuliffe          _
                                                       UNITED STATES MAGISTRATE JUDGE