**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROAS V. BARNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, *et al.*,<br><br>　　　　Defendants. | No.  1:23-cv-01126-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND MOTION SEEKING MODIFIED ORDER REGARDING FULL PAYMENT OF FILING FEE BE DENIED<br><br>(Docs. 5, 6, 9)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Troas V. Barnett is a state prisoner proceeding *pro se* in this civil rights action.  He filed a motion to proceed in forma pauperis and a certified copy of his prison trust account statement, together with a motion seeking a modified order regarding full payment of the filing fee.  (Docs. 5, 6.)

The assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied, Plaintiff's motion seeking a modified order regarding full payment of the filing fee be denied, and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action because he can afford the costs of this action.  (Doc. 9.)  Plaintiff filed objections.  (Doc. 10.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the

1

case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Of note, the magistrate judge reasonably rejected Plaintiff's assertion that a payment plan is warranted in this case. The cases cited by Plaintiff largely concern situations where a court <u>granted</u> a prisoner's in forma pauperis application. Because Plaintiff's in forma pauperis application is being <u>denied</u>, he is not entitled to pay the fee in installments. *See* 28 U.S.C. § 1915(b)(1) (limiting the initial partial filing fee for prisoners who bring a case or file an appeal in forma pauperis). Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 14, 2023, (Doc. 9), are **ADOPTED IN FULL**.
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (ECF No. 5), is **DENIED**.
3. Plaintiff's motion seeking a modified order regarding full payment of the filing fee, (Doc. 6), is **DENIED**.
4. **<u>Within 21 days</u>** following the date of service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

    Dated:   **August 25, 2023**

UNITED STATES DISTRICT JUDGE

2