# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>HERNANDEZ, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01126-JLT-BAM (PC)<br><br>ORDER CONFIRMING RECEIPT OF FILING FEE |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2023, the Court issued an order denying Plaintiff's motion for leave to proceed *in forma pauperis* and directing Plaintiff to pay the filing fee within twenty-one days. (ECF No. 11.) On September 27, 2023, the Court received the $402.00 filing fee from Plaintiff's trust account. (Receipt number #100001291 for the $402.00 filing fee to be paid directed by order ECF 11 fbo Troas V. Barnett paid on 9/27/2023.)

By the instant order, the Court confirms for Plaintiff that the $402.00 filing fee was received in full on September 27, 2023, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __September 28, 2023__         /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE