# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TROAS V. BARNETT,

Plaintiff,

v.

HERNANDEZ, *et al.*,

Defendants.

Case No. 1:23-cv-01126-JLT-BAM (PC)

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SECOND ENLARGEMENT OF TIME TO RESPOND TO THE FINDINGS AND RECOMMENDATIONS

(ECF No. 24)

**THIRTY (30) DAY DEADLINE**

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 27, 2026, the Court issued findings and recommendations that recommended dismissal of this action for failure to state a cognizable claim upon which relief may be granted. (ECF No. 21.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

On June 16, 2026, the Court granted in part Plaintiff's motion for an enlargement of time to respond to the findings and recommendations. (ECF No. 23.) The Court directed Plaintiff to file his objections within 30 days. (*Id.*)

Currently before the Court is Plaintiff's second motion requesting an extension of time to respond to the findings and recommendations, filed July 16, 2026. (ECF No. 24.) Plaintiff indicates that he has made several unsuccessful attempts to register and access the legal library.

He has contacted and sought to establish priority user status, but he has not been provided with a date when he will be allowed library access. He is still experiencing post operative pain while sitting and writing due to his prostate surgery and he is on several medications. Plaintiff requests an enlargement of at least sixty days until such time as he can heal and the appropriate amount of P.L.U. status hours can be afforded to draft an appropriate response. (*Id.*)

The Court finds good cause to grant Plaintiff's motion for an enlargement of time to respond to the findings and recommendations. Fed. R. Civ. P. 6. However, under the circumstances, including that more than 50 days have already elapsed since issuance of the May 27, 2026 findings and recommendations, the Court finds that a second extension of thirty days is appropriate. Any future requests for extension of the deadline must be supported by good cause, which will be narrowly construed.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's second motion for enlargement of time to respond to the findings and recommendations, (ECF No. 24), is GRANTED in part;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his objections to the May 27, 2026 findings and recommendations; and
3. No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE