**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TROAS V. BARNETT,

Plaintiff,

v.

HERNANDEZ, *et al.*,

Defendants.

No. 1:23-cv-01126 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM

(Doc. 21)

Troas V. Barnett asserts that he suffered violations of his constitutional rights while housed at Corcoran State Prison. (*See generally* Doc. 20.) The assigned magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for retaliation in violation of the First Amendment, deliberate indifference in violation of the Eighth Amendment, violation of the Equal Protection and Due Process Clauses of the Fourteenth Amendment, and the Americans with Disabilities Act. (Doc. 21 at 10-15.) The magistrate judge also found that Plaintiff failed to state a cognizable claim based on an allegedly false rules violation report, prison regulations, early parole consideration, or the *Armstrong* remedial plan. (*Id.* at 16-17.) The magistrate judge found that further leave to amend was not warranted and recommended the Court dismiss the action for failure to state a cognizable claim. (*Id.* at 18.)

The Court served the findings and recommendations on Plaintiff and notified him that any

objections were due in 14 days. (Doc. 21 at 18.) The Court advised Plaintiff that the failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Following extensions of time, Plaintiff filed objections on August 17, 2026. (Doc. 26.)

According to 28 U.S.C. § 636 (b)(1)(C), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Plaintiff does not identify any error warranting rejection of the magistrate judge's findings, nor does he identify allegations in his amended complaint that support a conclusion he stated a cognizable claim. Thus, the Court **ORDERS:**

1. The findings and recommendations issued on May 27, 2026, (Doc. 21), are **ADOPTED**.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 30, 2026

UNITED STATES DISTRICT JUDGE